# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Eddie Markeith Frazier, | Civ. No. 22-2532 (JWB/TNL) |
| Plaintiff, | |
| v. | |
| Scott David Mueller, *acting in his individual capacity as a Bureau of Criminal Apprehension officer*, | **ORDER DENYING SUMMARY JUDGMENT** |
| Defendant. | |

---

A hearing was held on September 16, 2024, on Plaintiff Frazier's motions for summary judgment and to exclude testimony of defense expert Dr. Kris Mohandie. Also pending is the parties' stipulation regarding expert trial testimony. Based on the parties' arguments and all files, records, and proceedings, and for the reasons stated on the record,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion for Summary Judgment (Doc. No. 43) is **DENIED**;

2. Defendant's request for qualified immunity is **WITHDRAWN** without prejudice;

3. Plaintiff's Motion to Exclude Certain Testimony of Defense Expert Dr. Kris Mohandie (Doc. No. 49), is **GRANTED** consistent with the explanation provided at the hearing;

4. The parties' Stipulation Regarding Expert Trial Testimony (Doc. No. 41) is **ACCEPTED**.

Date: September 16, 2024        *s/ Jerry W. Blackwell*
                                JERRY W. BLACKWELL
                                United States District Judge