# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Eddie Markeith Frazier, | Case No. 22-CV-2532 (JWB/TNL) |
| Plaintiff, | **DEFENDANT'S FIRST MOTION IN LIMINE** |
| vs. | |
| Scott David Mueller, | |
| Defendant. | |

_____

For his First Motion in Limine, Defendant moves to preclude Plaintiff from presenting any evidence, argument, statement, or reference at trial regarding unrelated incidents involving allegations of police misconduct. This includes, without limitation, any evidence, argument, statement, or reference regarding George Floyd, Jamar Clark, Daunte Wright, Philando Castille, Winston Boogie Smith, Amir Locke, Ricky Cobb II, Jaleel Stallings, or other local or national cases involving alleged excessive force.

This motion is made pursuant to the Federal Rules of Evidence and is based on the files, records, and proceedings herein, including the brief filed and served herewith.

Dated:  March 6, 2025          Respectfully submitted

　　　　　　　　　　　　　　　　KEITH ELLISON
　　　　　　　　　　　　　　　　Attorney General
　　　　　　　　　　　　　　　　State of Minnesota

　　　　　　　　　　　　　　　　s/ Jeff Timmerman
　　　　　　　　　　　　　　　　JEFF TIMMERMAN
　　　　　　　　　　　　　　　　Atty. Reg. No. 0352561
　　　　　　　　　　　　　　　　MICHAEL GOODWIN
　　　　　　　　　　　　　　　　Atty. Reg. No. 0390244
　　　　　　　　　　　　　　　　Assistant Attorneys General

2

        445 Minnesota Street, Suite 1400
        St. Paul, MN 55101-2131
        (651) 583-7660 (Timmerman)
        (651) 757-1456 (Goodwin)
        jeffrey.timmerman@ag.state.mn.us
        michael.goodwin@ag.state.mn.us

        ATTORNEYS FOR DEFENDANT