UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Eddie Markeith Frazier, | Case No. 22-CV-2532 (JWB/TNL) |
| Plaintiff, | **DEFENDANT'S SECOND MOTION IN LIMINE** |
| vs. | |
| Scott David Mueller, | |
| Defendant. | |

_____

For his Second Motion in Limine, Defendant moves to preclude Plaintiff from presenting any evidence, argument, statement, or reference at trial regarding Defendant's indemnification by the State of Minnesota, the Minnesota Department of Public Safety, the Minnesota Bureau of Criminal Apprehension, or any other agency.

This motion is made pursuant to the Federal Rules of Evidence and is based on the files, records, and proceedings herein, including the brief filed and served herewith.

Dated:  March 6, 2025

Respectfully submitted

KEITH ELLISON
Attorney General
State of Minnesota

s/ Jeff Timmerman
JEFF TIMMERMAN
Atty. Reg. No. 0352561
MICHAEL GOODWIN
Atty. Reg. No. 0390244
Assistant Attorneys General

1

445 Minnesota Street, Suite 1400
St. Paul, MN 55101-2131
(651) 583-7660 (Timmerman)
(651) 757-1456 (Goodwin)
jeffrey.timmerman@ag.state.mn.us
michael.goodwin@ag.state.mn.us

ATTORNEYS FOR DEFENDANT

2