UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Eddie Markeith Frazier, | Case No. 22-CV-2532 (JWB/TNL) |
| Plaintiff, | **DEFENDANT'S FOURTH MOTION IN LIMINE** |
| vs. | |
| Scott David Mueller, | |
| Defendant. | |

_____

For his Fourth Motion in Limine, Defendant moves to preclude Plaintiff from presenting any opinion evidence at trial regarding alleged inconsistencies or contradictions between the statement Defendant provided to the Hennepin County Sheriff's Office on May 5, 2017,[1] on the one hand; and Defendant's testimony in this case, on the other hand.

This motion is made pursuant to the Federal Rules of Evidence and is based on the files, records, and proceedings herein, including the brief filed and served herewith.

Dated:  March 6, 2025

Respectfully submitted

KEITH ELLISON
Attorney General
State of Minnesota

s/ Jeff Timmerman
JEFF TIMMERMAN
Atty. Reg. No. 0352561
MICHAEL GOODWIN
Atty. Reg. No. 0390244
Assistant Attorneys General
445 Minnesota Street, Suite 1400
St. Paul, MN 55101-2131

---

[1] Bates-labeled FRAZ001267-001274.

1

(651) 583-7660 (Timmerman)
(651) 757-1456 (Goodwin)
jeffrey.timmerman@ag.state.mn.us
michael.goodwin@ag.state.mn.us

ATTORNEYS FOR DEFENDANT

2